

CLAUSEN MILLER P.C.
CHICAGO, IL
NEW YORK
CALIFORNIA
NEW JERSEY
INDIANA
WISCONSIN
CONNECTICUT
FLORIDA

CMI — CLAUSEN MILLER INTERNATIONAL
Clausen Miller LLP, LONDON
Clausen Miller P.C.
Grenier Avocats, PARIS
Studio Legale Corapi, ROME
van Cutsem-Wittamer-Marnef & Partners, BRUSSELS

**CLAUSEN MILLER LLP**
LONDON, ENGLAND

*Attorneys at Law*   100 Campus Drive, Suite 112 • Florham Park, NJ 07932 • www.clausen.com
Tel: 973.410.4130 • Fax: 973.410.4169

Carl M. Perri, Esq. – Managing Partner

**Andrew S. Turkish**
**Direct Line:** 973-410-4140
**E-mail:** aturkish@clausen.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __11/9/2021__

October 26, 2021

**VIA ECF**
Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New Jersey
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

    Re:  *Fernando Diaz v. RLJ Lodging Trust, LP d/b/a The Knickerbocker Hotel*
          Docket No.: 1:21-CV-06764-ER
          Our File No.: 21-2919-00-5

Dear Judge Ramos:

    We represent Defendant, RLJ Lodging Trust, LP d/b/a The Knickerbocker Hotel (the "Hotel") in the above-referenced matter. We write this letter-motion to respectfully request Your Honor's permission to withdraw Grace R. Guo, Esq. as counsel of record pursuant to Local Civil Rule 1.4 -*Withdrawal or Displacement of Attorney of Record*. Ms. Guo is no longer employed with Clausen Miller PC. Andrew Turkish, Esq. and Clausen Miller P.C. will continue to represent Defendant Hotel. No parties will be prejudiced by withdrawal of Ms. Guo's appearance.

    We thank the Court for your courtesies.

The application is _X_ granted
                ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: __11/9/2021__
New York, New York

Respectfully submitted,

CLAUSEN MILLER P.C.

By:  /s/Andrew S. Turkish

Andrew S. Turkish

cc: Steven D. Feinstein, Esq. (*via ECF*)

7798331.1