UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FERNANDO DIAZ,

                           Plaintiff,

      -against-

RLJ LODGING TRUST, LP,

                          Defendant.
-----------------------------------------------------------------X

**ORDER**

**21-CV-6764 (ER) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       This case was referred to Magistrate Judge Willis on August 8, 2022 for settlement. Dkt. No. 24. The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at WillisNYSDChambers@nysd.uscourts.gov and provide three mutually agreeable dates for a settlement conference by **August 12, 2022**. Proposed dates should be in the second and third weeks of September.

       SO ORDERED.

DATED:    New York, New York
              August 8, 2022

                                                      _Jennifer E. Willis_
                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge